IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARTY EDWARD PLENTY HAWK,<br><br>Defendant. | CR 24-14-BLG-SPW<br><br>ORDER |

The Bureau of Prisons has designated Metropolitan Correction Center San Diego as the facility where Defendant Marty Edward Plenty Hawk will undergo an evaluation to determine his competency to proceed in this matter.

Accordingly, IT IS ORDERED:

1.  Marty Edward Plenty Hawk is remanded to the custody of the United States Marshals Service for immediate transport to this facility.

2.  The United States Marshals Service shall take no more than ten (10) days each way to transport Marty Edward Plenty Hawk from the District of Montana to the designated federal facility and to return Mary Edward Plenty Hawk from the designated federal facility back to the District of Montana. *See* 18 U.S.C. § 3161(h)(1)(F).

1

3. Marty Edward Plenty Hawk shall be committed to the facility and subjected to a psychiatric or psychological examination to be conducted in accordance with 18 U.S.C. §§ 4241(b) and 4247(b) and (c). The evaluation shall be completed within thirty (30) days of Marty Edward Plenty Hawk's arrival at the facility. 18 U.S.C. § 4247(b).

4. The report shall be filed with the Court, with copies to counsel for the Defendant and the Government.

5. All time from the date of this Order until the date of the Court's determination as to Marty Edward Plenty Hawk's competency is excludable under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A) and (F).

6. The Clerk of Court is directed to immediately notify the parties and the United States Marshals Service of the entry of this order.

DATED this 10th day of June, 2024.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge